Priority —
Send ✓
Enter ✓
Closed —
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RENE RUBIO,<br><br>    Petitioner,<br><br>    v.<br><br>C.M. HARRISON, WARDEN,<br><br>    Respondent. | Case No. CV 05-8691-ODW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2-11-08

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\RUBIO, M 8691\Judgment.wpd