1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10  MARIO RENE RUBIO,                  )   CASE NO. CV 05-8691-ODW (PJW)
                                       )
11              Petitioner,            )
                                       )   ORDER ACCEPTING REPORT AND
12          v.                         )   RECOMMENDATION OF UNITED STATES
                                       )   MAGISTRATE JUDGE AND DENYING
13  C. M. HARRISON, WARDEN,            )   CERTIFICATE OF APPEALABILITY
                                       )
14              Respondent.            )
    _____)

15

16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17  the records on file, and the Report and Recommendation of United

18  States Magistrate Judge and has considered *de novo* the portions of the

19  Report as to which objections have been filed.  The Court accepts the

20  Magistrate Judge's Report and adopts it as its own findings and

21  conclusions.

22          Further, for the reasons stated in the Report and Recommendation,

23  the Court finds that Petitioner has not made a substantial showing of

24  the denial of a constitutional right and, therefore, a certificate of

25  appealability should not issue in this action.  *See* 28 U.S.C.

26

27

28

1 | § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
2 | 322, 336 (2003).
3 |
4 | DATED:      *12-8-2010* .
5 |
6 |
7 | OTIS D. WRIGHT, II
  | UNITED STATES DISTRICT JUDGE
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 | S:\PJW\Cases-State Habeas\RUBIO, M 8691\Order accep r&r2.wpd