UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RENE RUBIO,<br><br>          Petitioner,<br><br>    v.<br><br>C. M. HARRISON, WARDEN,<br><br>          Respondent. | CASE NO. CV 05-8691-ODW (PJW)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part and denied in part. Respondent is ordered to re-sentence Petitioner in accordance with the Court's finding that Petitioner's prior conviction for oral copulation of a minor did not qualify as a "prior" under California Penal Code § 314(2).

DATED: 12-8-2010.

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\RUBIO, M 8691\Judgment2.wpd